Death Opinion
















IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. AP-75,540






RAMIRO F. GONZALES, Appellant



v.



THE STATE OF TEXAS






ON DIRECT APPEAL FROM CAUSE No. 04-02-9091-CR

IN THE 38TH JUDICIAL DISTRICT COURT

MEDINA COUNTY





 Johnson, J., filed a concurring opinion.



C O N C U R R I N G O P I N I O N




 I concur in the judgment of the Court because I believe that the Court's disposition of this
case is correct. However, I also agree with the arguments set out by Judge Cochran in her concurring
opinion and by Judge Womack in his dissenting opinion.


Filed: June 17, 2009

Do not publish